RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
RACHEL WATERS (CSB No. 289202)
rachel@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.849.3578

Attorneys for Defendant
TRUTHFINDER, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUTHFINDER, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No: 3:20-cv-02415-BEN-DEB<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: December 11, 2020 |

Pursuant to Civil Local Rule 12.1 Defendant TRUTHFINDER, LLC ("Defendant") and Plaintiff Monica Abboud ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff served its Complaint for Violations of 1. Negligent Violations of the Telephone Consumer Protection Act [47 U.S.C. §227(b)] and 2. Willful Violations of the Telephone Consumer Protection Act [47 U.S.C. §227(b)] ("Complaint") on December 11, 2020;

WHEREAS, Defendant currently has until January 4, 2021 to answer, move or otherwise respond to Plaintiff's Complaint;

WHEREAS, Defendant has requested and Plaintiff has consented to an additional thirty-two (32) days for Defendant to answer, move or otherwise respond to Plaintiff's Complaint;

WHEREAS, an additional thirty-two (32) days for Defendant's answer, motion or response to Plaintiff's Complaint will not alter the date of any event or any deadlines already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant may have a thirty-two (32) day extension of time, up and to including February 5, 2021 within which to answer, move or otherwise respond to Plaintiff's Complaint. No prior extensions have been requested by the parties.

Dated: January 4, 2021

TYZ LAW GROUP LLC

*/s/Rachel Waters*
Rachel Waters

Attorneys for Defendant
TRUTHFINDER, LLC

Dated: January 4, 2021

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

*/s/Todd M. Friedman*
Todd M. Friedman

Attorneys for Plaintiff
Monica Abboud

**ATTESTATION**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2021.

*/s/Rachel Waters*
Rachel Waters