RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
RACHEL WATERS (CSB No. 289202)
rachel@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.849.3578

Attorneys for Defendant
TRUTHFINDER, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MONICA ABBOUD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TRUTHFINDER, LLC, and DOES 1 through 10, inclusive, and each of them,

Defendants.

Case No: 3:20-cv-02415-BEN-DEB

**JOINT MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Complaint Filed: December 11, 2020

Pursuant to Civil Local Rule 12.1 Defendant TRUTHFINDER, LLC ("Defendant") and Plaintiff Monica Abboud ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff served its Amended Complaint for Violations of 1. Negligent Violations of the Telephone Consumer Protection Act [47 U.S.C. §227(b)] and 2. Willful Violations of the Telephone Consumer Protection Act [47 U.S.C. §227(b)] ("Complaint") on December 11, 2020;

WHEREAS, Defendant previously had until January 4, 2021 to answer, move or otherwise respond to Plaintiff's Complaint;

WHEREAS, on January 4, 2021, the parties filed a Stipulation for Extension of Time to Respond to Complaint, seeking to extend Defendant's time to file a responsive pleading to February 5, 2021, ECF No. 1;

WHEREAS, the Court granted the parties' request, entering an Order Granting Joint Motion for Extension of Time to Respond to Complaint and extending Defendant's time to file a responsive pleading to February 5, 2021, ECF No. 5;

WHEREAS, Defendant has requested and Plaintiff has consented to an additional extension of time for Defendant to file its answer, motion or response to Plaintiff's Complaint from February 5, 2021 to March 8, 2021, to allow Defendant further time to investigate the claims, potentially facilitate early settlement discussions, and alleviate the need for unnecessary motion practice;

WHEREAS, an extension of Defendant's time to file its answer, motion or response to Plaintiff's Complaint from February 5, 2021 to March 8, 2021 will not alter the date of any event or any deadlines already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND THE PARTIES HEREBY JOINTLY MOVE, through their respective counsel, for an Order extending Defendant's deadline to answer, move or otherwise respond to Plaintiff's Complaint up and to including March 8, 2021.

Dated: February 2, 2021

TYZ LAW GROUP LLC

*/s/Rachel Waters*
Rachel Waters

Attorneys for Defendant
TRUTHFINDER, LLC

Dated: February 2, 2021

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

*/s/David B. Levin*
David B. Levin

Attorneys for Plaintiff
Monica Abboud

**ATTESTATION**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 2, 2021.

*/s/Rachel Waters*
Rachel Waters