UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TRUTHFINDER, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>    Defendant. | Case No.:  3:20-cv-02415-BEN-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 6]** |

## I. INTRODUCTION

Plaintiff Monica Abboud, individually and on behalf of all others similarly situated ("Plaintiff"), brings this class action complaint for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 22(b), against Defendant Truthfinder, LLC ("Defendant"). ECF No. 1.  Before the Court is the Joint Motion for Second Extension of Time for Defendant to Respond to the Complaint (the "Joint Motion").  ECF No. 6.  After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS** the Joint Motion.

## II. BACKGROUND

On December 11, 2020, Plaintiff filed this class action complaint, alleging claims for relief for (1) negligent and (2) willful violations of the Telephone Consumer Protection

Act, 47 U.S.C. § 227(b).  ECF No. 1.

On December 11, 2020, Plaintiff served Defendant with the complaint.  ECF No. 3.  On January 4, 2021, Plaintiff and Defendant filed a Stipulation for Extension of Time to Respond to Complaint, seeking to extend Defendant's time to file a responsive pleading from January 4, 2021 to February 5, 2021.  ECF No. 4 at 2.  The Court granted this request.  ECF No. 5.  Now, Defendant seeks a second extension, seeking to extend Defendant's time to file a responsive pleading from February 5, 2021 to March 8, 2021.

### III.  LEGAL STANDARD

Rule 12 of the Federal Rules of Civil Procedure requires a defendant to file a responsive pleading within either (1) twenty-one days of being served with the summons and complaint or (2) sixty days after the request for a waiver was sent.  Pursuant to the Local Rules, "[e]xtensions of time for answering, or moving to dismiss a complaint will only be secured by obtaining the approval of a judicial officer, who will base the decision on a showing of good case."  S.D. Cal. Civ. R. 12.1.  Thus, "[i]n the Southern District, court approval is required for *any* extension of time to answer or move to dismiss the complaint."  Phillips, Virginia A., et al., *Rutter Group Prac. Guide: Fed. Civ. Pro. Before Trial*, § 8:913 (The Rutter Group April 2020).

### IV.  ORDER

The parties seek the second extension "to allow Defendant further time to investigate the claims, potentially facilitate early settlement discussions, and alleviate the need for unnecessary motion practice."  ECF No. 6 at 2:19-21.  The Court finds good cause exists for the extension.  Thus, the Court **GRANTS** the Joint Motion.  Defendant shall until March 8, 2021 to respond to the complaint.  However, no further extensions of time shall be given.

**IT IS SO ORDERED.**

DATED:     February 5, 2021

_____
**HON. ROGER T. BENITEZ**
United States District Judge