RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
RACHEL WATERS (CSB No. 289202)
rachel@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
TRUTHFINDER, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MONICA ABBOUD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TRUTHFINDER, LLC, and DOES 1 through 10, inclusive, and each of them,

Defendant.

Case No: 3:20-cv-02415-BEN-DEB

**DEFENDANT TRUTHFINDER, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY THIS ACTION**

Filed Concurrently with Memorandum of Points and Authorities

Judge: Hon. Roger T. Benitez
Courtroom: 5A (5th Floor)
Date: April 12, 2021
Time: 10:30 am

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that on April 12, 2021, at 10:30 am, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Roger T. Benitez, Courtroom 5A (5th Floor) located at 221 West Broadway, San Diego, CA 92101, defendant TruthFinder, LLC will and hereby does move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's Complaint on the grounds that the Complaint does not and cannot plead facts sufficient to state any claim upon which relief can be granted. In the alternative, TruthFinder, LLC moves that the Court stay this action pending a decision by the United States Supreme Court in *Facebook, Inc. v. Duguid*, No. 19-511.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the papers, records and pleadings on file herein, and upon any additional argument or evidence permitted by the Court at a hearing on this motion.

Dated: March 8, 2021

Respectfully submitted,

*/s/ Rachel Waters*
Rachel Waters

Attorneys for Defendant
TRUTHFINDER, LLC