Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TRUTHFINDER, LLC, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. <br><br> 3:20-cv-02415-BEN-DEB <br><br> **NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

NOW COMES THE PLAINTIFF, by and through her attorneys, to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: May 3, 2021

                    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                    By:  /s/ Todd M. Friedman
                            Todd M. Friedman
                            Law Offices of Todd M. Friedman
                            Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on May 3, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on May 3, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

/s/ Todd M. Friedman
Todd M. Friedman